IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RANI ALLAN, )
)
)
*Plaintiff,* )
)
v. )  Civil Action No. 1:23-cv-867
)
DANIEL GIGI, ET AL., )
)
*Defendants.* )
)

**ORDER**

On November 8, 2023, the Court held a hearing on Defendant Arlington County's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, [Doc. No. 20] (the "County's Motion"), and on Defendants Robert Stanley and Carly Whisner's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, [Doc. No. 25] (the "Officers' Motion"), and for the reasons stated from the bench, it is hereby

**ORDERED** that the County's Motion is **GRANTED** and Count II of the Amended Complaint be, and the same hereby is, **DISMISSED** as to the County pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim; and it is further

**ORDERED** that the Officers' Motion is **GRANTED** and Counts I, III, and IV of the Amended Complaint be, and the same hereby are, **DISMISSED** as to the Officers pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

The Clerk is directed to forward a copy of this Order to all counsel of record.

November 13, 2023
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge