## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| RANI ALLAN, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-867 |
| | ) |
| DANIEL GIGI, ET AL., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

### <u>ORDER</u>

Following the setting aside of defaults against defendants Daniel Gigi and Shlomo Gigi, *see* [Doc. No. 46], the remaining Parties have filed a consent motion to stay the proceedings while settlement discussions are ongoing, [Doc. No. 48] (the "Motion"), upon consideration of which, and there being no Scheduling Order yet in place, it is hereby

**ORDERED** that the Motion is **GRANTED** to the extent that these proceedings shall be stayed for a period of thirty days from the entry of this Order; and it is further

**ORDERED** that that unless the case has been dismissed or settled a status conference shall be held by telephone phone on Wednesday, January 3, 2024, at 11:00 am, at which time the Parties should be prepared to advise the Court as to the status of settlement discussions and the prospects for settlement. The Clerk is directed to provide to the Parties the call-in information for the status conference.

The Clerk is further directed to forward a copy of this Order to all counsel of record and to the *pro se* defendants, Daniel Gigi and Shlomo Gigi.

November 30, 2023
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge